FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 12, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCO LORENZO MORENO, IV, <br><br> Defendant. | No. 1:17-CR-2036-SMJ <br><br> ORDER GRANTING MOTION FOR PROTECTIVE ORDER |

Before the Court, without oral argument, is the United States of America's Motion for Protective Order, ECF No. 33. The discovery material in this matter includes records potentially subject to protection under the Privacy Act of 1974, 5 U.S.C. § 522a(b)(11).

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The United States' Motion for Protective Order, **ECF No. 33**, is **GRANTED.**

**2.** The Court enters the following Protective Order:

*A.* The United States will provide *Henthorn* materials to defense counsel.

*B.* Defense counsel may possess but not copy the *Henthorn* materials.

ORDER GRANTING MOTION FOR A DISCOVERY PROTECTIVE ORDER - 1

**C.** Defense Counsel may show to and discuss with the defendant the *Henthorn* materials.

**D.** Defense counsel shall not provide original or copies of *Henthorn* materials directly to the Defendant.

**E.** Defense counsel shall not otherwise provide original or copies of the *Henthorn* material to any other person. However, this provision excludes any staff of defense counsel or investigator and/or expert engaged by defense counsel and/or any new defense counsel that may later become counsel of record on this case, who will also be bound be the terms and conditions of this Protective Order.

**F.** The United States, defense counsel, and witnesses may reference the existence and content of the *Henthorn* materials in open and closed court proceedings relevant to Indictment 1:17-CR-2036-SMJ.

**G.** Any reference to the content of the *Henthorn* materials shall be filed under seal. Pursuant to this protective order, parties may file such documents under seal without further leave of the Court.

**H.** The Protective Order shall also apply to any new Defense Counsel that may later become counsel of record in this case.

**I.** The parties may seek relief from this Order for good cause shown.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 12th day of September 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING MOTION FOR A DISCOVERY PROTECTIVE ORDER - 3